ROBERT EUGENE BASKIN
C/O 815 N LA BREA AVE. UNIT 189
INGLEWOOD, CALIFORNIA 90302

Baskin, robert e, *Real Party of Interest*
c/o 815 N La Brea Ave. #189
Inglewood, California 90302
Telephone: (424)224-6560
*For Petitioner*
*In Pro Per*

FILED

2017 SEP 14  PM 2:37

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

"In re [ROBERT EUGENT BASKIN]."

| | |
|---|---|
| ROBERT EUGENE BASKIN, | Case No.: CV-1706047-RGK(SSx) |
| Petitioner, | **AMENDED PETITION FOR WRIT OF MANDAMUS** [28 U.S.C. § 1651] BASED ON FEDERAL QUESTION [28 U.S.C. §1331] AND CLAIM |
| vs. | 1.) DECLARATORY JUDGMENT [28 U.S.C.§2201] |
| ROBERT EUGENE BASKIN, DOE, JUDICIAL COUNCIL OF CA, EXECUTIVE OFFICER-BOARD OF SUPERVISORS, COMMISSION OF JUDICIAL COUNCIL, LA PUBLIC DEFENDERS OFFICE, LOS ANGELES SUPERIOR COURT SAN FERNANDO COURT, ELKE HARRIS, SHERRIE CARTER, NORA MANELLA, THOMAS GORDON, WALTER MCKENZIE, RICHARD BRAND, LYNN REVES, MICHAEL LANGE, DONNA ELLIOT, VICTOR KALISTIAN, ANA S. INJEKIKIAN, LYNN EVANS, LYNNETTE RAHM, JUDY PLANSER, TONY OBRIAN, RACHEL COOPER, S. BASULTO, ROSE MACHADO, JOHN C GUNN, KASSANDRA KUBAK, VICTOR KALUSTIAN, TONI OBMEN, ROSE FEREYES REGLOS and Does 1-100 INCLUSIVE | 2.) VIOLATIONS OF CALIFORNIA UNFAIR COMPETITION LAW (CAL. BUS. & PROF. CODE § 17200, ET SEQ.) |
| | Originally filed: August 15, 2017 |
| Respondent(s). | Date: September 13, 2017 *By: Special Appearance* |

**TO THE HONORABLE COURT AND RESPONDENTS:**

**NOW COMES ROBERT EUGENE BASKIN,** hereinafter "BASKIN", hereby amends his initial Petition for Writ of Mandamus in order to satisfy Real Party in Interest in regards to Petitioner and Respondent(s) of record in the foregoing case number 1706047 filed within the jurisdiction of the United States District Court Central Division on August 15, 2017.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

Petitioner, ROBERT EUGENE BASKIN, attempted in good faith to resolve the matter with the Respondent(s) of record, presented by Robert E. Baskin, a written trial by Affidavit and other notices that were delivered to the Respondent(s) and received by certified return receipt, without judicial intervention and thus satisfying an exhaustion of administrative remedies before seeking judicial intervention and/or remedy. To no avail administratively, witness by Respondent(s) acquiescence, Petitioner moves the court for an In Rem proceeding due to private information concerning exclusive information reserved only for real party of interest.

## OPENING STATEMENT

This Amended Petition for a Writ of Mandamus is an extraordinary court order to examine the inferior court's charges and assessments of taxes and costs or other liens placed upon ROBERT EUGENE BASKIN by a county agency. Unfortunately, due to "a mistake or error" by the inferior court, according to the Senior Administrator of SAN FERNANDO COURTHOUSE, deletions and additions were implemented upon case number 91F07562, People of California v ROBERT EUGENE BAKIN, within Minute Order, date of event June 8, 2016. This Non Appear/Nunc Pro Tunc hearing instigated this writ as Petitioner is aware that Federal taxes were assessed against alleged defendant are at issue here, hence a summons to respondents in order to settle all taxes and costs derives and to date has not been properly assessed even after the correcting of the verdicts arriving at the conclusions from the above mentioned Petition is proper. Petitioner has claimed security interest of all Minute orders "NUNC PRO TUNC" orders prior to dated August 15, 2016 and thereafter,

case number 91F07562, having also filed in the Office of the Official records of the County Clerk of Los Angeles on June 28, 2017, instrument number 20170718803. Petitioner is unaware of all names and agencies involved however, presentments were sent and delivered to the quasi-governmental agencies who may also have participated in various degrees in the administrative process and policy of the same subject matter. Since this event took place this year, Petitioner has requested proof of evidence that this matter was properly reviewed and redemption costs and assessment of Bail: Appearance date, amount of bail ($20,000 cash deposit), posted on September 26, 1991, later notated in transcript on October 22, 1991 and later notated BASKIN'S Custody status: Released on own recognizance. (See Judicial Notice in support of Amended Petition) Other dates in which charges, taxes assessed against alleged defendant referring to the following events such as: July 25,1991- Committal, Second, taxes were assessed on August 14, 1991- Performance Bond issue or Order executed, on September 18, 1991- Bid Bond, on September 26, 1991- Amendment of charges and assessment fees, October 22, 1991- additional charges, and on October 22, 1991- jury trial. Petitioner is attempting to file federal taxes and must be made available for record what has been assessed against him so that he may perfect his security interest and file a proper accounting for ROBERT EUGENE BASKIN. The San Fernando Court refuses to provide a statement of account or an entry of judgment in this case. Petitioner was mislead to believe that the Non Appear/Nunc Pro Tunc hearing and minute order was perceived to be a judgment yet the Secretary of State when presented with filing rejected it on the grounds of fraud. (See Judicial Notice in support of Amended Petition). Petitioner has a duty that is owed to him under the law by Respondent(s), to exonerate BASKIN of all charges and liens still committed, as a recent arrest disposition was sent via electronic transfer to Department of Justice. Discovery by Petitioner and by a private company who collects data in judgment recovery situations, agree to conclude that cause of action of undue harm to BASKIN, including extreme hardship, intentional economic harm, loss of property, is adverse to any and all presumption of assumptions that multiple agencies committed upon BASKIN without his knowledge or consent, essentially pinned a criminal for over 23 years without cause, by the intentional misconduct by quasi-governmental agencies who also engage in corporation practices in order to evade taxes and place an

indefinite jurisdiction debtor status upon BASKIN name and estate. Charges, Taxes, assessments and costs were assessed against ROBERT EUGENE BASKIN in 1991 and in 2016, all in error by San Fernando Court and on behalf of the State of California, outside of Congressional authority, misrepresenting exclusive jurisdiction over alleged defendant in the course of business while under color of authority and color of law. Pursuant to 5 U.S.C. §702, a person suffering a legal wrong because of an agency action within the meaning of a relevant statute is entitled to judicial review thereof.

## VENUE

Venue is proper in this matter as all of the events or omission (causes of action) giving rise to the Petition for Writ of Mandamus occurred, or a substantial part of the property that is the subject of the Petitioner, is situated in this particular district. Pursuant to Section 1361 of the Mandamus and Venue Act of 1962 and "Non Statutory" Judicial Review of Federal Administrative Action, posed as a reform, making judicial review of federal administrative action more convenient, more rapid, and less expensive.

## JURISDICTION

Petitioner, ROBERT EUGENE BASKIN, an organization, now controlled by foreign trust, FUTURE NYOTA MAAT TRUST, held by Baskin robert e,(creditor) and third party proceeding by Special Appearance *in propria persona(reserves all Rights)*, invokes this Court's Limited jurisdiction in accordance pursuant to U.S.Const.Amend.1 "Redress of Grievance Clause" and Federal statute at 28 U.S.C. § 1651. Respondent(s) are subject to this jurisdiction in which the originally filed federal case is civil in nature and not exempt from Federal laws and Federal taxes, where District court maintains original jurisdiction regarding a public body and subject matter. Petitioner seeks affirmative relief against inferior court and agency(ies), both under the Act and under alternative jurisdictional bases (including the possibility of jurisdictional "under" the Administrative Procedure Act). Ultimately, equity rather than mandamus principles should govern in this instance; though not a Court of Equity. This Court has federal question jurisdiction in this matter in that

Petitioner seeks a declaration of rights under the Copyright Act of 1976, 17 U.S.C. § 101 et seq.

## INTERESTED PARTIES

1.  Petitioner, ROBERT EUGENE BASKIN, herein "BASKIN", a beneficiary of the preamble and Constitutional member of the posterity of the Constitutional trust. The Grantor/ trustee who made contract and treaty with the Executor of the estate, hereby whose primary initiative is to uphold the rights in equity of the Constitutional trust. Petitioner is over the legal age of eighteen (18) years, and located at: C/O 815 N LA BREA UNIT #189 INGLEWOOD, CALIFORNIA 90302, in Los Angeles County, and at all times relevant herein. BASKIN, is represented by Baskin, robert e, for Petitioner, and by special appearance in rem. Petitioner presented certified affidavits to all parties of interest (respondents) by way of USPS mail along with certified return receipts as evidence thereof.

2.  Petitioner affirms to be aware of Respondent party: The JUDICIAL COUNCIL OF CALIFORNIA, located at: 455 Goldern Gate Ave. San Francisco, CA 94102, Dun and Bradstreet # 360709414, defined according to its website states, "The policymaking body of the California courts, the largest court system in the nation. Under the leadership of the and in accordance with the California Constitution, the council is responsible for ensuring the consistent, independent, impartial, and accessible administration of justice." Respondent herein received affidavit from Petitioner and did acquiesced by its silence. This party is diverse to Baskin, robert e, informant to ROBERT EUGENE BASKIN, also does business within the jurisdiction of this Court, limited jurisdiction is granted. This business operates for and in conjunction with the State of California, and in the County of Los Angeles and has done so for over a year.

3.  Petitioner affirms to be aware of Respondent party: EXECUTIVE OFFICER, BOARD OF SUPERVISORS, located at: 500 Temple St. Los Angeles, CA 90012, Dun and Bradstreet # 114597292, who created the LA Public Defenders office, states on its website, "The charge of the Executive Office of the Board of Supervisors is to perform ministerial functions for the Board of Supervisors". Additionally, the Executive Officer provides administrative and staff support to various County departments and commissions. Respondent received affidavit

from Petitioner and did acquiesced by its silence. This party is diverse to Baskin, robert e, informant to ROBERT EUGENE BASKIN who also does business within the jurisdiction of this Court, limited jurisdiction is granted. This business operates for and in conjunction with the State of California, and in the County of Los Angeles and has done so for over a year.

5. Petitioner affirms to be aware of Respondent party: The COMMISSION OF JUDICIAL COUNCIL, located at: 455 Golden Gate St. Ste. 14400 San Francisco, CA 94102, Dun and Bradstreet #360709414. The Commission on Judicial Performance, established in 1960, is the independent state agency responsible for investigating complaints of judicial misconduct and judicial incapacity and for disciplining judges, pursuant to article VI, section 18 of the California Constitution. Respondent received affidavit from Petitioner and did acquiesced by its silence. This party is diverse to Baskin, robert e, informant to ROBERT EUGENE BASKIN also does business within the jurisdiction of this Court, limited jurisdiction is granted. This business operates for and in conjunction with the State of California, and in the County of Los Angeles and has done so for over a year.

6. Petitioner affirms to be aware of Respondent party: The LA PUBLIC DEFENDERS OFFICE, located at: 210 West Temple St. 19th Flr. Los Angeles, CA 90012, a county government public agency, created by the Board of Supervisors, and on its website it states, "Protects the life and liberty of adults and children in matters having penal consequences. States that its mandate is to ensure equal treatment within the justice system by safeguarding liberty interests and upholding the rights of individuals. Respondent received affidavit from Petitioner and did acquiesced by its silence. This party is diverse to Baskin, robert e, informant to ROBERT EUGENE BASKIN also does business within the jurisdiction of this Court, limited jurisdiction is granted. This business operates for and in conjunction with the State of California, and in the County of Los Angeles and has done so for over a year.

7. Petitioner affirms to be aware of Respondent party: The COUNTY OF LOS ANGELES SUPERIOR COURT OF CALIFORNIA, SAN FERNANDO COURTHOUSE, located at: 900 Third St. San Fernando, CA 91430, Dun and Bradstreet #022124072, states on its website, "Superior Court of California is dedicated to serving our community by providing equal access to justice through the fair, timely and efficient resolution of all cases". Respondent received affidavit from Petitioner and did acquiesced by its silence. This party is diverse to Baskin,

robert e, informant to ROBERT EUGENE BASKIN also does business within the jurisdiction of this Court, limited jurisdiction is granted. This business operates for and in conjunction with the State of California, and in the County of Los Angeles and has done so for over a year.

8.  Petitioner affirms to be aware of Respondent party: ELKE A. HARRIS, Senior Administrator, a county employee, operating for and on behalf of Superior Court of California San Fernando Courthouse Judicial, Respondent received affidavit from Petitioner and did acquiesced by its silence. This party is diverse to Baskin, robert e, informant to ROBERT EUGENE BASKIN, who also does business within the jurisdiction of this Court, limited jurisdiction is granted. This business operates for and in conjunction with the State of California, and in the County of Los Angeles and has done so for over a year.

9.  Petitioner affirms to be aware of Respondent party: SHERRI R.CARTER-DBA-CEO, of SUPERIOR COURT OF STATE OF CALIFORNIA and SAN FERNANDO COURTHOUSE, whose principal is JUDICIAL COUNCIL OF CALIFORNIA, the Executive officer/clerk of Superior Court, county of Los Angeles. Respondent received affidavit from Petitioner and did acquiesced by its silence. This party is diverse to Baskin, robert e, informant to ROBERT EUGENE BASKIN, also does business within the jurisdiction of this Court, limited jurisdiction is granted. This business operates for and in conjunction with the State of California, and in the County of Los Angeles and has done so for over a year.

10.  Petitioner affirms to be aware of Respondent party: NORA MANELLA-DBA-JUDGE, operating at SAN FERNANDO COURTHOUSE, whose principal is JUDICIAL COUNCIL OF CALIFORNIA, is a county department agency in the County of Los Angeles. Respondent received affidavit from Petitioner and did acquiesced by its silence. This party is diverse to Baskin, robert e, informant to ROBERT EUGENE BASKIN also does business within the jurisdiction of this Court, limited jurisdiction is granted. This business operates for and in conjunction with the State of California, and in the County of Los Angeles and has done so for over a year.

11.  Petitioner affirms to be aware of Respondent party: THOMAS GORDON, DBA-ATTORNEY, and PUBLIC DEFENDER, State Bar# 112989, operating at SAN FERNANDO COURTHOUSE, whose principal is JUDICIAL COUNCIL OF CALIFORNIA, is a county department agency in the County of Los Angeles. Respondent received affidavit from

Petitioner and did acquiesced by its silence. This party is diverse to Baskin, robert e, informant to BASKIN also does business within the jurisdiction of this Court, limited jurisdiction is granted. This business operates for and in conjunction with the State of California, and in the County of Los Angeles and has done so for over a year.

12.   Defendant does 1-100, as some names and locations of persons have not been mentioned or are unknown at this time, reserving the right to name those who may be interested parties hereto.

## STATEMENT OF FACTS

1.   New discovery made by Petitioner and by hiring, KCJR LLC, a small business who collected and recovered court transcripts since about April 8, 2014. Petitioner's first request for review of court records took place at the archived section location, 222 N. Hill St. Rm. 212 Los Angeles, CA 90012. Discovery was in regards to a 23 year old criminal case claim against BASKIN referenced in Case Number 91F07562 who was allegedly committed July 25, 1991, originally filed at Los Angeles Superior Court of San Fernando Courthouse located at: 900 Third St. San Fernando, CA 91430. With only case transcripts available, due to files destroyed, as notated in the July 17, 2015 transcript created by San Fernando, probably in order to hide or deceive its own court proceedings and policy protocols, in essence sparked further due diligence to inquire about numerous inconsistencies of record regarding case number 91F07562. The last recording injected into case number 91F07562 was by minute order dated June 8, 2016, a Non Appear/Nunc Pro Tunc hearing initiated by San Fernando Courthouse deputy clerk. In addition, the minute order notated a Disposition by Judge: Guilty by Jury against ROBERT EUGENE BASKIN was to be deleted by adding an already adjudicated verdict of Acquittal by Jury: Not Guilty in favor of BASKIN, that was supposed to extinguished all three criminal charges regarding case 91F07562. Furthermore, the minute order also notated that an arrest disposition report was sent via file transfer to Department of Justice on June 10, 2016.

2.   Petitioner on or about May 2016, submitted by presentment, an Affidavit dated May 25, 2016, along with Opportunity to Cure and Settlement to all Respondent(s) of record herein, seeking inquiry upon the parties who may have been aware in the case of PEOPLE

OF CALIFORNIA v ROBERT EUGENE BASKIN, regarding the initial committal alleging charges against BASKIN, which he was later acquitted by jury. Petitioner concluded later that it seemed probable that all agencies summoned by way of private administrative process via delivery of Petitioner's presentments, were in fact aware and contributed in some way to obstruct justice in order to suppress the colossal mistakes owned by SAN FERNANDO and other agencies involved with the determinations of BASKIN and his estate.

3. Petitioner's only intent is to settling all debts or claims that might be owed of BASKIN for purpose of closure of all unknown adhesives and invoke redemption from fraudulent conveyances, done without knowledge or intent and without permission of BASKIN. In an attempt to satisfy this goal, BASKIN hesitatingly filed for appeal regarding August 15, 2016 minute order at the Second District Appeals Court on or about October 2016. Petitioner was ultimately denied by second District Appeals court and by Order on grounds that filing was untimely. (Judicial Notice in support of Amended Petition).

4. Petitioner demonstrated by written trial and due diligence, done according to elements of the Administrative Procedure Act and Respondents failed to honor BASKIN by their silence and acquiescence. In furtherance of Petitioners due diligence, BASKIN recorded and certified evidence of claim instrument number 20170718803, titled as Judgment, in the Office of Official Recorder's Registrar Clerk of Los Angeles, County on June 28, 2017.

5. Petitioner submitted a Memorandum of Costs After Judgment for taxes and costs in the amount of $3,435,650.00 including accrued interest, delivered to San Fernando Courthouse Clerk located at 900 Third St. Los Angeles, received, on or about July 24, 2017.

6. Petitioner never received a written Entry of Judgment on the renewal order of case number 91F07562 from the San Fernando Court though requested by BASKIN and was denied.

7. Petitioner, demonstrated and performed in honor to settle all accounts, as indicated in security instrument number 20170718803, conditional acceptance of the order by accepting the order for value all related endorsements for ROBERT EUGENE BASKIN, XXX-XX-6916 both front and back in accordance with UCC-3-419 HJR 192 1933, Public Law: 7310, Chapter 48, 48 Stat 112 and to charge Treasury Direct Account # XXXXX-6916 for the

Registration fee and command the memory of account Pre Paid- preferred stock priority exempt from levy to change the same to the debtor and order to UCC file # 2014140215 via posted Registered mail reference 106 746 632 US and then acknowledge by Robert Eugene Baskin pursuant to 1-103, 1-105 and 1-1-308, signed on June 19, 2017.

9. Petitioner filed instrument signifying a contract was made with San Fernando Courthouse and other respondents that later established a security interest in the case by recording of instrument number #20170718803, documented in the Office of the official records of the Registrar recorder County clerk of Los Angeles.

10. Petitioner later attempted to file a perfected of security interest with the Secretary of State of California in which the Secretary of State denied filing claim due to presumptions unknown to creditor that the fixture was a fraud or deceptive is some form, notated in letter sent back with the original fixture filing recorded by the County clerk. Petitioner denies any presumptions of assumptions placed upon Secured Party Robert-Eugene: Baskin, having followed the instructions to the best of his ability and understanding at the time of filing. There is no evidence to the contrary that exists.

11. Petitioner is adverse to all presumptions of assumptions that have been placed upon BASKIN by the San Fernando Court and Respondents who failed to answer to affidavit point for point allowing the affidavit to stand as truth in commerce. BASKIN continues to endure a tarnished reputation because of intentional and willful misconduct and breach of fiduciary duties of San Fernando Court and Respondent(s) of other quasi-governmental agencies; interconnected, who have raided the estate by fraudulent charges that remain to date, without delegated authority and in breach of their charters against its own citizen of the State, causing exigent circumstances and irreparable harm for BASKIN. The facts collected by Petitioner and KCJR LLC, reveals a systematic failure of departmental agencies to perform its administrative and legal duty to protect party. "........a person may not be deprived of life, liberty, or property without due process of law or denied equal protection of the laws ..." according to the California Constitution Article 1§ 7. See Judicial Notice in support of Amended Petition for Writ of Mandamus.

## **RELIEF REQUESTED OF THE COURT**

Petitioner, ROBERT EUGENE BASKIN, wherefore requests the District court to do what must be done by compelling the lower court, performance of specific acts of release, transfer and delivery of all documents or Rights title and interest of collateral property belonging to ROBERT EUGENE BASKIN, pledged to Baskin, robert e, in which yearly Federal taxes must be assessed and reported to the IRS. ROBERT EUGENE BASKIN aims to be discharged from indebtedness Nunc Pro Tunc. BASKIN requests that this Honorable Court issue an immediate order compelling the San Fernando Court and Respondent(s) to perform a duty owed to defendant since November 19, 1991 and later renewed on June 8, 2016 by demonstrating the following acts:

1. Compel inferior court to issue an immediate Entry of Judgment for Case Number 91F07562, in regards to June 8, 2016 Minute order.

2. Compel inferior court to reimburse or pay the Memorandum of Costs after Entry of Judgment is received within 5 days.

3. Compel inferior court to remove all other hidden terms and conditions existing on record which remain under full force and effect that in fact stem from acts of malum in se, proceedings committed against ROBERT EUGENE BASKIN, or entered into under duress, threats and coercions by the People of the State of California.

4. Compel inferior court to honor request for assessment of accounts currently held by public agency who are in fact debtors in possession and cannot file taxes for BASKIN.

5. Compel inferior court to provide 1099's and W-9 as evidence of all lawful transactions made or other evidence of taxes and costs as well as reversals against any forfeiture of cash bond of $20,000 deposited as bail for jury trial held on November 19, 1991.

6. Compel inferior court to expunge all criminal records regarding ROBERT EUGENE BASKIN, that gave rise to minimal contacts, provide written forensic documentation on the process and method used to administrate the corrective actions reported to other sister states, counties and government bodies, to be delivered to Baskin, robert

e, at the designated location: In Care Of: 815 N La Brea Ave. Unit 189 Inglewood, California Republic. Confirmation of the clearing of arrest disposition to the Department of Justice.

7. Compel inferior court to refund the money owed according to Petitioners Memorandum of Costs delivered on July 24, 2017 and received by San Fernando Courthouse clerk. (See Judicial Notice in support of Amended Petition)

8. This Court honor Motion for Declaratory Judgment pursuant to 28 U.S.C.§2201 in favor of ROBERT EUGENE BASKIN.

9. This Court administer appropriate sanctions in which it concludes appropriate to respondents in regards to Petitioner's claim of VIOLATIONS OF CALIFORNIA UNFAIR COMPETITION LAW (CAL. BUS. & PROF. CODE § 17200, ET SEQ.

## CONCLUSION

Petitioner prays that this Amended complaint and based on facts of evidence will prevail in favor of ROBERT EUGENE BASKIN so that the matter can ultimately be settled and closure may in some sense reassure that the San Fernando Court and respondents is honorable and capable of abiding by its own charters and by Congress legislative rules and regulations.

Respectfully Submitted,

DATED: September 13, 2017        BY:   /s/ ROBERT EUGENE BASKIN
                                       ROBERT EUGENE BASKIN

                                       Baskin, robert e, Authorized Representative
                                       for ROBERT EUGENE BASKIN

## PROOF OF SERVICE

ROBERT EUGENE BASKIN vs. ROBERT EUGENE BASKIN, DOE, LOS ANGELES SUPERIOR COURT SAN FERNANDO

STATE OF CALIFORNIA          )
                             ) ss. LOS ANGELES
COUNTY OF LOS ANGELES        )

I am domiciled in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my home address is: 1245 S LA BREA AVE. UNIT 235 INGLEWOOD, CALIFORNIA 90301.

On September 13, 2017, I served copies of the foregoing document(s) described as:

**PETITIONER'S REQUEST FOR AMENDED PETITION FOR WRIT OF MANDAMUS AND AMENDED PETITION**
on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | | |
|---|---|---|
| ROBERT EUGENE BASKIN, DOE<br>C/O 815 N LA BREA AVE. #189<br>INGLEWOOD, CA 90302 | COMMISSION OF JUDICIAL COUNCIL<br>455 GOLDEN ST. STE. 14400<br>SAN FRANCISCO, CA 94102 | THOMAS GORDON<br>14058 WAGON MOUND R<br>SYLMAR, CA 91342 |
| SAN FERNANDO COURT<br>900 THIRD ST<br>SAN FERNANDO, CA 91430 | LA PUBLIC DEFENDERS OFFICE<br>210 W TEMPLE ST. 19TH FLR<br>LOS ANGELES, CA 90012 | |
| ATTORNEY GENERAL<br>300 SPRING ST<br>LOS ANGELES, CA 90012 | NORA MANILLA<br>900 THIRD ST.<br>SAN FERNANDO, CA 91430 | |
| JUDICIAL COUNCIL OF CA<br>455 GOLDEN GATE AVE.<br>SAN FRANCISCO, CA 94102 | ELKE HARRIS<br>900 THIRD ST<br>SAN FERNANDO, CA 91430 | |
| EXECUTIVE OFFICER, BOARD OF SUP<br>500 W TEMPLE ST.<br>LOS ANGELES, CA 90012 | | |

[ X ] **BY MAIL:** I deposited such envelope in the mail at Los Angeles, California, with first class certified mail return receipt postage thereon fully prepaid. I am readily familiar with the mailing practices for collection and processing of correspondence for mailing. I know that the correspondence is deposited with the United States Postal Service on the same day and not more than one day past the date this declaration is executed in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

[ X ] **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America (28 U.S.C. § 1746(1)) that the foregoing is true and correct.

Executed on September 13, 2017, at Los Angeles, California.

_____
Mary Young