| | |
|---|---|
| Case No. | CV 17-06047 RGK (SSx) |
| Date | September 26, 2017 |

Title: Robert Eugene Baskin v. Los Angeles Superior San Fernando Court

Present: The Honorable **R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE**

| Paul Songco | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**     **(In Chambers) Order Re Dismissal for Lack of Prosecution**

    The Court has been notified that plaintiff has not paid the required filing fees for new civil actions as ordered by the Court on September 7, 2017 (DE 13). Plaintiff was advised that failure to pay the fees may result in the matter being dismissed for lack of prosecution. The Court hereby dismisses this action for lack of prosecution.

    IT IS SO ORDERED.

cc: Fiscal Department